# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SMITH and his wife, JEANNIE SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 03-1255-T-An |
| WILLIAM MARK FRANK d/b/a FRANKS TRUCKING, | ) ) ) ) | |
| Defendant, | ) ) | |

| | | |
|---|---|---|
| KEVIN SMITH and his wife, JEANNIE SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 03-1322-T-An |
| HOME-MART, INC., | ) ) ) | |
| Defendants. | ) | |

## ORDER APPROVING JEANNIE SMITH'S MOTION TO AMEND COMPLAINT

This matter came before the Court upon the Motion of the Plaintiff Jeannie Smith to Amend Complaint. Upon the review of the pleadings and the record as a whole, the Court is of the opinion that Plaintiff Jeannie Smith's Motion to Amend Complaint should be granted. It is therefore

ORDERED, ADJUDGED and DECREED that the Jeannie Smith's Motion to Amend Complaint is granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 08-23-05

ENTERED this the 22nd day of August, 2005.

S. Thomas Anderson
JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading has been sent by regular mail to:

R. Dale Thomas
Rainey, Kizer, Reviere & Bell
P. O. Box 1147
Jackson, TN 38302-1147

M. Bradley Gilmore
Parker, Lawrence, Cantrell & Dean
200 Fourth Ave. North, 5th Floor
Nashville, TN 37219

John S. Little
Waldrop & Hall, P.A.
P. O. Box 726
Jackson, TN 38302-0726

Jere Fones
Thorpe, Fones and Fuller
5668 Rex Road, Second Floor
Memphis, TN 38119

Mr. Gayden Drew, IV
Drew & Martindale, P.C.
174 West University Parkway
Jackson, TN 38305

This the 18th day of August, 2005.

Steven W. Maroney

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 1:03-CV-01255 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

M. Bradley Gilmore
PARKER LAWRENCE CANTRELL & DEAN
200 Fourth Avenue N.
5th Floor, Noel Place
Nashville, TN 37219

Gayden Drew
DREW & MARTINDALE, P.C.
174 W. University Pkwy
Jackson, TN 38305

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT