IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KEVIN SMITH and his wife,
JEANNIE SMITH,

    Plaintiffs,

VS.                                       No. 03-1255-T

WILLIAM MARK FRANKS d/b/a
FRANKS TRUCKING,

    Defendant.

And

KEVIN SMITH and his wife,
JEANNIE SMITH,

    Plaintiffs,

VS.                                       No. 03-1322-T

HOME-MART, INC.,

    Defendant.

## ORDER OF REFERENCE

Defendants' Joint Motion to Reconsider Order Approving Jeannie Smith's Moton to

Amend Complaint is hereby referred to United States Magistrate Judge Thomas Anderson for

disposition.

    IT IS SO ORDERED.

                                    _____
                                    JAMES D. TODD
                                    UNITED STATES DISTRICT JUDGE

                                  25 August 2005
                                  DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  08-29-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 1:03-CV-01255 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

Gayden Drew
DREW & MARTINDALE, P.C.
174 W. University Pkwy
Jackson, TN 38305

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

M. Bradley Gilmore
PARKER LAWRENCE CANTRELL & DEAN
200 Fourth Avenue N.
5th Floor, Noel Place
Nashville, TN 37219

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT