IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KEVIN SMITH and his wife,
JEANNIE SMITH,

    Plaintiffs,

VS.                                            No. 03-1255-T

WILLIAM MARK FRANKS d/b/a
FRANKS TRUCKING,

    Defendant.

And

KEVIN SMITH and his wife,
JEANNIE SMITH,

    Plaintiffs,

VS.                                            No. 03-1322-T

HOME-MART, INC.,

    Defendant.

### ORDER OF REFERENCE

Plaintiff Kevin Smith's Motion for Relief from Order Denying Motion to Amend Complaints and Order Denying Motion to Amend Scheduling Order are hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

/s/ James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

25 August 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  08-29-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 1:03-CV-01255 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Gayden Drew
DREW & MARTINDALE, P.C.
174 W. University Pkwy
Jackson, TN 38305

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

M. Bradley Gilmore
PARKER LAWRENCE CANTRELL & DEAN
200 Fourth Avenue N.
5th Floor, Noel Place
Nashville, TN 37219

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Honorable James Todd
US DISTRICT COURT