IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SMITH and his wife, JEANNIE SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | NO.   03-1255-T-An |
| WILLIAMS MARK FRANKS d/b/a FRANKS TRUCKING, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| KEVIN SMITH and his wife, JEANNIE SMITH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | NO.   03-1322-T-An |
| HOME-MART, INC., | ) ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANTS' JOINT MOTION TO RECONSIDER APPROVING JEANNIE SMITH'S MOTION TO AMEND COMPLAINT

Before the Court is Defendants' Joint Motion to Reconsider Approving Jeannie Smith's Motion to Amend Complaint filed on August 24, 2005. For the reasons set forth below, the Motion is **GRANTED**.

The Court misread the Certificate of Consultation (D.E. #67) and believed that the Defendants did not oppose the Motion to Amend filed by the Plaintiff, Jeannie Smith. Since it is now apparent, however, that the Defendants do in fact oppose the Motion to Amend filed by



Jeannie Smith, their Motion to Reconsider is granted. The Defendants shall have fifteen (15) days from the entry of this order to file a Response to Jeannie Smith's Motion to Amend Complaint.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 31, 2005

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 1:03-CV-01255 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

M. Bradley Gilmore
PARKER LAWRENCE CANTRELL & DEAN
200 Fourth Avenue N.
5th Floor, Noel Place
Nashville, TN 37219

Jere B. Fones
THORP FONES & FRULLA PLC
5668 S. Rex Road
Second Floor
Memphis, TN 38119

Gayden Drew
DREW & MARTINDALE, P.C.
174 W. University Pkwy
Jackson, TN 38305

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT