IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN AND JEANNIE SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.  03-1255 T/An |
| | ) | |
| WILLIAMS MARK FRANKS, d/b/a FRANKS TRUCKING, | ) ) | |
| | ) | |
| Defendant. | ) | |
| KEVIN AND JEANNIE SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.  03-1322 T/An |
| | ) | |
| HOME-MART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO AMEND COMPLAINTS

Before the Court is Plaintiff Kevin Smith's Motion to Amend Complaints filed on August 25, 2005. Because Plaintiff is asking for the same relief that was previously denied by this Court on August 16, 2005, the Motion is **DENIED**. Also before this Court is Plaintiff's Motion for Relief filed on August 25, 2005, which will be dealt with in a separate order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 08, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11-14-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 1:03-CV-01255 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Gayden Drew
DREW & MARTINDALE, P.C.
174 W. University Pkwy
Jackson, TN 38305

Jere B. Fones
THORP FONES & FRULLA PLC
5668 S. Rex Road
Second Floor
Memphis, TN 38119

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

M. Bradley Gilmore
PARKER LAWRENCE CANTRELL & DEAN
200 Fourth Avenue N.
5th Floor, Noel Place
Nashville, TN 37219

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT