# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SMITH and his wife,<br>JEANNIE SMITH, | ) | |
| Plaintiffs, | ) | |
| VS. | ) | No. 03-1255-T-An |
| WILLIAM MARK FRANK<br>d/b/a FRANKS TRUCKING, | ) | |
| Defendant. | ) | |
| KEVIN SMITH and his wife,<br>JEANNIE SMITH, | ) | |
| Plaintiffs, | ) | |
| VS. | ) | No. 03-1322-T-An |
| HOME-MART, INC., | ) | |
| Defendant. | ) | |

## ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE

On November 21, 2005, Plaintiff Kevin Smith filed a motion for a continuance of the trial of this matter which had been set for December 12, 2005. The trial has already been continued, see Order of Continuance 11/21/05, and, therefore, Plaintiff's motion is

DENIED as moot.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_23 November 2005_____
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 1:03-CV-01255 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Gayden Drew
DREW & MARTINDALE, P.C.
174 W. University Pkwy
Jackson, TN 38305

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Jere B. Fones
THORP FONES & FRULLA PLC
5668 S. Rex Road
Second Floor
Memphis, TN 38119

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

M. Bradley Gilmore
PARKER LAWRENCE CANTRELL & DEAN
200 Fourth Avenue N.
5th Floor, Noel Place
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT