# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

KEVIN SMITH and his wife,
JEANNIE SMITH

**JUDGMENT IN A CIVIL CASE**

v.

WILLIAM MARK FRANK d/b/a
FRANKS TRUCKING

CASE NUMBER: 03-1255-T/An

and

KEVIN SMITH and his wife,
JEANNIE SMITH

v.

CASE NUMBER: 03-1322-T/An

HOME-MART, INC.

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Defendants' Motions for Summary Judgment entered in this case on 12/05/05, and the Stipulation of Dismissal of Third-Party Claim entered on 12/19/05, this case is hereby DISMISSED.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

12/23/05
DATE

BY: _Evelyn Cheairs_
DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 1:03-CV-01255 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

Gayden Drew
DREW & MARTINDALE, P.C.
174 W. University Pkwy
Jackson, TN 38305

Jere B. Fones
THORP FONES & FRULLA PLC
5668 S. Rex Road
Second Floor
Memphis, TN 38119

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

M. Bradley Gilmore
PARKER LAWRENCE CANTRELL & DEAN
200 Fourth Avenue N.
5th Floor, Noel Place
Nashville, TN 37219

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT